FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, N.A., TRUSTEE FOR LEHMAN BROTHERS – BNC MORTGAGE LOAN TRUST 2007-2,<br><br>    Plaintiff,<br><br>  v.<br><br>KOJO ASSASEPA, et al.,<br><br>    Defendants. | No. EDCV 12-1076 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

    The Court will summarily remand this "Verified Complaint For: (1) Quiet Title [*etc.*]," Case No. CIVVS 1102656, to state court.

    On July 2, 2012, defendants Kojo Assasepa and Mooya Ollie Assasepa (together, "defendants"), having been sued in California state court, lodged a Notice of Removal of that action to this Court. On July 11, 2012, the Court ordered that defendants' request to proceed *in forma pauperis* be denied on the ground that the District Court lacked jurisdiction. The action was therefore terminated.

    The Court issues this Order to remand the action to state court in order that the action may proceed therein. *See* 28 U.S.C. § 1447(c).

///

///

///

1 | Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of San Bernardino, Victorville Courthouse, 14455 Civic Drive, Victorville, California 92392; (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 9/5/2012

*signature*
AUDREY B. COLLINS
Chief United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge